UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DOUGLASS JOHNSON,<br><br>            Petitioner,<br><br>      v.<br><br>J. SALAZAR,<br><br>            Respondent. | No.  2:18-cv-0988 MCE AC P<br><br><br>ORDER |
| ANTOINE DOUGLASS JOHNSON,<br><br>            Petitioner,<br><br>      v.<br><br>PAUL THOMPSEN,<br><br>            Respondent. | No.  2:18-cv-1977 JAM AC P<br><br><br>ORDER |
| ANTOINE DOUGLASS JOHNSON,<br><br>            Petitioner,<br><br>      v.<br><br>PAUL THOMPSEN,<br><br>            Respondent. | No.  2:18-cv-2580 MCE AC P<br><br><br>ORDER |

1

In each of the above-listed cases, petitioner has requested "free enrollment to public access to court electronic records ("PACER")." See Johnson v. Salazar, No. 2:18-cv-0988 MCE AC P, ECF No. 40; Johnson v. Thompsen, 2:18-cv-1977 JAM AC P, ECF No. 23, and Johnson v. Thompsen, 2:18-cv-2580 MCE AC P, ECF No. 20. These requests are denied without prejudice because they lack the "explanation of reasons" required by Local Rule 133. Denial without prejudice means that petitioner may bring the motions again. Second motions to e-file should include the necessary information described below.

Although the Eastern District of California is an electronic management/filing district, unrepresented persons are required to file and serve paper documents unless the assigned District Judge or Magistrate Judge grants leave to utilize electronic filing. L.R. 133(a), (b)(2). A pro se party may bring a request to use electronic filing as a written motion setting out an explanation of reasons for the requested exception. L.R. 133(b)(3). Once petitioner is approved to file documents electronically, the petitioner will no longer receive any documents by mail, and the court will not accept paper documents from petitioner, meaning petitioner can no longer mail in any filings.

A motion to e-file must make clear whether petitioner is familiar with the requirements applicable to electronic filing in this court, and whether petitioner has access to the hardware and software needed for electronic filing. Petitioner will be given an opportunity to file a renewed motion to e-file, and that request must specify the following:

1. That petitioner has reviewed the requirements for electronic filing[1] and agrees to abide by them, and that he understands that once petitioner registers for electronic filing, all notices and documents will be received by e-mail and not by regular mail, and

2. Whether petitioner has regular access to the following technical requirements necessary for electronic filing: (a) a computer with internet access; (b) an e-mail account for receiving notifications from the electronic filing system; (c) a PACER (Public Access to Court Electronic Records) account; (d) a word-processing program; (e) PDF conversion software to

---

[1] The CM/ECF User Manual is available on the court's website at:
http://www.caed.uscourts.gov/caednew/index.cfm/cmecf-e-filing/cmecf-users-manual/.

2

convert word processing documents into .pdf format, and (6) a scanner for exhibits or other supporting documents that are only in paper format.

Failure to address each of these items will result in the denial of any second motion to e-file.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to receive free enrollment to PACER in Johnson v. Salazar, No. 2:18-cv-0988 MCE AC P (ECF No. 40) is DENIED without prejudice;

2. Petitioner's motion to receive free enrollment to PACER in Johnson v. Thompsen, 2:18-cv-1977 JAM AC P (ECF No. 23) is DENIED without prejudice, and

3. Petitioner's motion to receive free enrollment to PACER in Johnson v. Thompsen, 2:18-cv-2580 MCE AC P (ECF No. 20) is DENIED without prejudice.

DATED: April 20, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3