UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DOUGLASS JOHNSON, | No. 2:18-cv-1977 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| PAUL THOMPSEN, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se and in forma pauperis, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF Nos. 1, 2. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 25, 2020, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. See ECF No. 16. Petitioner has filed objections to the findings and recommendations. ECF No. 18.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

////

////

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued February 25, 2020 (ECF No. 16), are ADOPTED in full;

2. This petition is DISMISSED without prejudice, and

3. The court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: April 30, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE