1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTOINE DOUGLASS JOHNSON,                    No.  2:18-cv-1977 JAM AC P

12                  Petitioner,

13          v.                                     ORDER

14    PAUL THOMPSEN,

15                  Respondent.

16

17          Petitioner, a federal prisoner proceeding pro se, seeks habeas relief pursuant to 28 U.S.C.

18    § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

19    636(b)(1)(B) and Local Rule 302.

20          On March 27, 2020, the magistrate judge issued findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  ECF No. 21.  Petitioner

23    has filed objections to the findings and recommendations.  ECF No. 22.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26    court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28    ////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations issued March 27, 2020 (ECF No. 21), are ADOPTED in full;

2. Petitioner's motion for amended or additional findings, docketed March 4, 2020 (ECF No. 18), is DENIED, and

3.  The court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED:  May 1, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE