UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DOUGLASS JOHNSON,<br><br>    Petitioner,<br><br>    v.<br><br>PAUL THOMPSEN,<br><br>    Respondent. | No. 2:18-cv-1977 JAM AC P<br><br><br><br>ORDER |

This petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 was dismissed on May 1, 2020. See ECF Nos. 28, 29. In addition, on December 14, 2020, the Ninth Circuit denied petitioner's related appeal. See ECF No. 48. Therefore, all documents filed by petitioner in this matter since its closing date (see ECF Nos. 41, 42, 44, 45, 50) will be disregarded, and no orders will issue in response to future filings.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall TERMINATE the following filings of petitioner: ECF Nos. 41, 42, 44, 45, and 50.

Petitioner is on notice that any additional filings in this case will not be addressed by the court.

DATED: March 19, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1